IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeAndre McCarter, | No. 1:08-CV-1000-DCB |
| Plaintiff, | **ORDER** |
| vs. | |
| Warden M. Knowles, et al., | |
| Defendants. | |

On November 19, 2009, Plaintiff was given one last extension of 30 days to file an Amended Complaint and warned there would be no further extensions, and failure to file the Amended Complaint would result in dismissal of this action and Judgment being entered for Defendants.

Plaintiff has failed to file the Amended Complaint.

**Accordingly,**

**IT IS ORDERED** that the Clerk of the Court shall dismiss this case and enter Judgment for Defendants and against Plaintiff.

DATED this 25th day of January, 2010.

David C. Bury
United States District Judge